E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>  Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>  Defendants. | Civil Action No.: 22-cv-6278<br>*Document electronically filed*<br><br>**STATEMENT PURSUANT TO LOCAL CIVIL RULE 10.1(a)**<br><br>[Previously pending in the Superior Court of New Jersey, Hudson County, Docket No. HUD-L-2857-22] |

Pursuant to Local Civil Rule 10.1(a), attached hereto as Exhibit A is a Service List that sets forth the names and addresses of each party, as well as counsel for each of the parties, in the above-captioned action.

Dated: October 26, 2022 By: s/ E. Evans Wohlforth, Jr.
　　　　　　　　　　　　　　　　　　　E. Evans Wohlforth, Jr., Esq.
　　　　　　　　　　　　　　　　　　　Caroline E. Oks, Esq.
　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　Newark, NJ  07102-5310
　　　　　　　　　　　　　　　　　　　Tel:  (973) 596-4879
　　　　　　　　　　　　　　　　　　　Fax:  (973) 639-6486
　　　　　　　　　　　　　　　　　　　ewohlforth@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　coks@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Cigna Health and Life Insurance Company*

## Exhibit A

**MARCO PALLAZI AND PIERANGELA BONELLI v. CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.**

Civil Action No.: 22-cv-6278

## SERVICE LIST

| Plaintiffs | Defendants |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI | CIGNA HEALTH AND LIFE INSURANCE COMPANY |
| **Counsel** | **Counsel** |
| Richard Malagiere<br>Leonard E. Seaman<br>**THE LAW OFFICES OF RICHARD MALAGIERE**<br>A Professional Corporation<br>250 Moonachie Road, Suite 300A<br>Moonachie, New Jersey 07074<br>Tel: (201) 440-0675<br>rm@malagierelaw.com<br>les@malagierelaw.com | E. Evans Wohlforth, Jr., Esq.<br>Caroline E. Oks, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ  07102-5310<br>Tel:  (973) 596-4879<br>Fax:  (973) 639-6486<br>ewohlforth@gibbonslaw.com<br>coks@gibbonslaw.com |