E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>                Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>                Defendants. | Civil Action No.  22-cv-6278<br><br>*Document electronically filed*<br><br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2**<br><br>[Previously pending in the Superior Court of New Jersey, Hudson County, Docket No. HUD-L-2857-22] |

I, E. Evans Wohlforth, Jr., Esq., admitted to the bars of the State of New Jersey and this Court and a member of the law firm of Gibbons P.C., counsel for Defendant Cigna Health and Life Insurance Company, in the above-captioned matter, hereby certify to the best of my knowledge that effective with the filing of the Notice of Removal with this Court, this matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2022
      Newark, New Jersey

s/ E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr., Esq.
**GIBBONS, P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel:  (973) 596-4879
ewohlforth@gibbonslaw.com
*Attorneys for Defendants*