E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>                              Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>                              Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: HUDSON COUNTY<br><br>Case No.: HUD-L-2857-22<br><br>**NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |

TO:   **Clerk**
       Superior Court of New Jersey
       William Brennan Courthouse
       583 Newark Avenue
       Jersey City, NJ 07306

       Richard Malagiere
       Leonard E. Seaman
       THE LAW OFFICES OF RICHARD MALAGIERE
       A Professional Corporation
       250 Moonachie Road, Suite 300A
       Moonachie, New Jersey 07074
       (201) 440-0675
       *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that Defendant Cigna Health and Life Insurance Company, through its attorneys Gibbons P.C., have this day filed a Notice of Removal, a true copy of which is attached hereto as Exhibit A, in the above-entitled action with the Clerk of the United States District Court for the District of New Jersey, effectuating the removal of this action from the Superior Court of New Jersey, Law Division, Hudson County.

Respectfully submitted,

Dated: October 26, 2022  By:  s/ E. Evans Wohlforth, Jr.
      Newark, New Jersey      E. Evans Wohlforth, Jr., Esq.
    Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ  07102-5310
Tel:  (973) 596-4879
Fax:  (973) 639-6486
ewohlforth@gibbonslaw.com
coks@gibbonslaw.com