E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>         Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>         Defendants. | Civil Action No.  22-cv-6278<br><br>*Document electronically filed*<br><br>**CERTIFICATE OF SERVICE**<br><br>[Previously pending in the Superior Court of New Jersey, Hudson County, Docket No. HUD-L-2857-22] |

  I, E. Evans Wohlforth, Jr., Esq., hereby certify as follows:

  1. I am an attorney at law of the State of New Jersey and of this Court and am associated with the firm of Gibbons P.C., attorneys for Defendant Cigna Health and Life Insurance Company ("Cigna") in the above-captioned matter.

  2. On October 26, 2022, the following documents were electronically filed with the Clerk of the Court:

  a. Notice of Removal;

  b. Notice of Filing Notice of Removal to the United States District Court, District of New Jersey

  c. Local Civil Rule 10.1(a) Certification;

  d. Local Civil Rule 11.2 Certification;

  e. Cigna Health and Life Insurance Company Corporate Disclosure Statement Pursuant to Rule 7.1;

  f. Civil Cover Sheet; and

  g. this Certificate of Service;

3. The foregoing documents were also served upon the clerk of the Superior Court of New Jersey, Law Division, Hudson County and upon the following Counsel via Federal Express and ECF:

 Richard Malagiere
 Leonard E. Seaman
 THE LAW OFFICES OF RICHARD MALAGIERE
 A Professional Corporation
 250 Moonachie Road, Suite 300A
 Moonachie, New Jersey 07074
 (201) 440-0675
 *Attorneys for Plaintiffs Marco Pallazi and*
 *Pierangela Bonelli*

 I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2022        s/ *E. Evans Wohlforth, Jr.*
 Newark, New Jersey        E. Evans Wohlforth, Jr., Esq.
               **GIBBONS P.C.**
               One Gateway Center
               Newark, New Jersey 07102-5310
               Tel: (973) 596-4500
               Fax: (973) 596-0545
               ewohlforth@gibbonslaw.com