

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

November 7, 2022

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street                                      ***ORDER***
Newark, NJ 07101

      Re:  ***Pallazi, et al. v. Cigna Health & Life Insurance Co.***
           **Case No. 22-cv-6278-JMV-AME**

Your Honor:

    This law firm represents Defendant Cigna Health and Life Insurance Company ("Defendant") in the above-referenced matter. We write to respectfully request a thirty (30) day extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint, from November 14, 2022 to December 14, 2022. Defendant has previously been granted an automatic clerk's extension of time to respond to Plaintiff's Complaint pursuant to L. Civ. R. 6.1(b). Plaintiffs have not responded to multiple requests for consent to this extension request.

    We appreciate Your Honor's attention to this matter.

                            Respectfully submitted,

                             s/ Caroline E. Oks

                             Caroline E. Oks

cc:    All Counsel of Record (via ECF)
        Leonard E. Seaman, Esq. (via email)

IT IS SO ORDERED on this 8th day of November 2022.

  /s/*André M. Espinosa*
André M. Espinosa, U.S.M.J.