THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Giancarlo Ghione**<br>*Member NJ Bar*<br>**Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |
|---|---|---|---|

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

***ORDER***

December 14, 2022

**VIA CM/ECF**
The Honorable Andre M. Espinosa, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and United States Courthouse
Court Room MLK 2D
50 Walnut Street
Newark, New Jersey 07102.

> Re: **Pallazi et al v. Cigna Health and Life Insurance Company**
> **Civil Action No. 22-cv-6278**

Dear Judge Espinosa:

This office represents plaintiffs in the above matter. Plaintiffs' complaint was originally filed in the Superior Court of New Jersey and removed to this Court by the defendant, Cigna Health and Life Insurance Company ("Cigna").

Since the matter was removed, we have had an opportunity to review the summary plan description for the employee benefit plan applicable to this matter. Based on the foregoing, we respectfully request the opportunity to file a first amended complaint alleging two additional counts based on the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq.

We have discussed this proposal with defendant's counsel, and they consent to same.

  Submitted herewith are two copies of plaintiffs' Proposed First Amended Complaint. Substantive changes to the pleading—other than formatting updates to conform with the standards of this Court and correction of typographical errors in the original pleading—are highlighted in the redlined version.

  Under Your Honor's letter order entered on November 8, 2022, defendant's answer to the original complaint was due today. Of course, we consent to defendant foregoing that filing and the Court establishing a reasonable time for Cigna to respond to the First Amended Complaint instead.

  We appreciate the Court's consideration of this request.

            Respectfully submitted,

            s/ Leonard E. Seaman
            LEONARD E. SEAMAN

LES/me

Enc.

cc: All counsel (via CM/ECF)
   client (via e-mail)

---

By December 20, 2022, Plaintiff shall file the amended complaint. Within 30 days of the filing, Defendant shall answer, move, or otherwise respond to it. SO ORDERED.
Dated: December 15, 2022
*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge