THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Giancarlo Ghione**<br>*Member NJ Bar*<br>**Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

December 30, 2022

**VIA CM/ECF**
The Honorable Andre M. Espinosa, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and United States Courthouse
Court Room MLK 2D
50 Walnut Street
Newark, New Jersey 07102.

      Re:   **Pallazi et al v. Cigna Health and Life Insurance Company**
              **Civil Action No. 22-cv-6278**

Dear Judge Espinosa:

This office represents plaintiffs in the above matter.

Pursuant to the directions of Your Honor's Chambers, the parties have conferred and submit the attached proposed order to address the amendment of plaintiff's complaint and defendant's response thereto.

We respectfully request that the Court enter this Order at its earliest convenience.

2

Thank you.

                                      Respectfully submitted,

                                      s/ Leonard E. Seaman
                                      LEONARD E. SEAMAN

LES/me

Enc.

cc:    All counsel (via CM/ECF)
        client (via e-mail)