THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
Richard Malagiere
Leonard E. Seaman
Attorneys for Plaintiffs, Marco Pallazi and Pierangela Bonelli

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>Defendants. | Civil Action No. 22-cv-6278<br><br>**[PROPOSED] ORDER** |

THIS MATTER having come before the Court on application by plaintiffs for leave to file a first amended complaint (ECF # 7) and the Court having entered a

Letter Order (ECF # 8) granting plaintiffs leave to file their proposed First Amended Complaint by December 20, 2022 and for defendants to answer, move, or otherwise respond to it within 30 days thereof, and plaintiffs having filed their First Amended Complaint on December 28, 2022 (ECF # 10), plaintiff having requested leave for that filing to be accepted out of time, and defendant having consented thereto, and good cause having been shown,

    IT IS this _____ day of _____, 202_,

    ORDERED that:

    1.    Plaintiffs First Amended Complaint is deemed timely filed *nunc pro tunc*, and;

    2.    Defendant shall have until January 31, 2023 to answer, move, or otherwise respond to the First Amended Complaint.

                                          _____
                                            Hon. André M. Espinosa, U.S.M.J.

Defendant, Cigna Health and Life Insurance Company consents to the form and entry of this Order:

DATED: December 30, 2022        By:    s/ Caroline E. Oks
                                                      E. Evans Wohlforth, Jr., Esq.
                                                      Caroline E. Oks, Esq.
                                                      GIBBONS P.C.
                                                      One Gateway Center
                                                      Newark, NJ 07102-5310
                                                      Tel: (212) 613-2009
                                                      Fax: (973) 639-6486
                                                      ewohlforth@gibbonslaw.com
                                                      coks@gibbonslaw.com