E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>                          Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>                          Defendants. | No. 2:22-cv-06278-JMV-AME<br><br>*Document electronically filed*<br><br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**TO:**   Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, on March 6, 2023, or as soon as counsel may be heard, Defendant Cigna Health and Life Insurance Co. ("Defendant"), by and through their attorneys, Gibbons P.C., shall move before the Honorable John Michael Vazquez, United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the Memorandum of Law and Declaration of E. Evans Wohlforth, Jr. submitted with this Motion.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service of these moving papers is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: January 31, 2023       By:   /s/ E. Evans Wohlforth, Jr.
                                    E. Evans Wohlforth, Jr., Esq.
                                    Caroline E. Oks, Esq.
                                    GIBBONS P.C.
                                    One Gateway Center
                                    Newark, New Jersey 07102-5310
                                    Telephone:  (973) 596-4905
                                    Facsimile:   (973) 639-6471
                                    ewohlforth@gibbonslaw.com
                                    coks@gibbonslaw.com

                                    *Attorneys for Defendant Cigna Health and Life Insurance Company*