E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>Defendants. | No. 2:22-cv-06278-JMV-AME<br><br>*Document electronically filed*<br><br>**DECLARATION OF E. EVANS WOHLFORTH, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**E. Evans Wohlforth, Jr.**, of full age, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted before the United States District Court for the District of New Jersey, and a Director of the firm of Gibbons P.C., counsel for

Defendants Cigna Health and Life Insurance Co. and Connecticut General Life Insurance Company ("Defendant"), in the above-captioned action. In this capacity I am personally familiar with the matters asserted herein.

2. I submit this Declaration in Support of Defendants' Motion to Dismiss Plaintiff's Complaint.

3. Attached as **Exhibit A** is a true and correct copy of a letter dated August 18, 2021 from Cigna to Pierangela Calzoni Bonelli.

4. Attached as **Exhibit B** is a true and correct copy of a letter dated August 19, 2021 from Cigna to Pierangela Calzoni Bonelli.

5. Attached as **Exhibit C** is a true and correct copy of Summary Plan Description of the Om Log USA Inc health benefits plan.

I hereby declare under penalty of perjury that the foregoing is true and

Dated: January 31, 2023        By:   /s/ E. Evans Wohlforth, Jr.
                                                                  E. Evans Wohlforth, Jr., Esq.
                                                                  Caroline E. Oks, Esq.
                                                                  GIBBONS P.C.
                                                                  One Gateway Center
                                                                  Newark, New Jersey 07102-5310
                                                                  Telephone:  (973) 596-4905
                                                                  Facsimile:   (973) 639-6471
                                                                  ewohlforth@gibbonslaw.com
                                                                  coks@gibbonslaw.com

                                                                *Attorneys for Defendant Cigna Health and Life Insurance Company*

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

# FILED UNDER SEAL

# EXHIBIT C

# FILED UNDER SEAL