E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>　　　　　　　　　Defendants. | No. 2:22-cv-06278-JMV-AME<br><br>*Document electronically filed*<br><br>**PROPOSED ORDER** |

　　　This matter having been opened to the Court upon an application by Gibbons P.C., attorneys for Defendant Cigna Health and Life Insurance Company ("Defendants"), for the entry of an Order dismissing Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); and

Defendant having provided Plaintiffs with notice of the motion and supporting documentation; and the Court having considered the parties' submissions, in support of and in opposition to the motion, as well as the arguments of counsel, if any; and good cause having been shown:

**IT IS** on this _____ day of _____, 2023;

**ORDERED** that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants are hereby dismissed with prejudice.

                                                                          _____
                                                                          Honorable John Michael Vazquez
                                                                          United States District Judge