E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>        Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>        Defendants. | No. 2:22-cv-06278-JMV-AME<br><br>*Document electronically filed*<br><br>**CERTIFICATE OF SERVICE** |

  I, **E. Evans Wohlforth, Jr.,** hereby certify as follows:

    1. I am an attorney at law admitted to practice before this Court and am a

Director of the firm Gibbons P.C., attorneys for Defendant Cigna Health and Life

Insurance Company ("Defendant") in the above-captioned matters. On January 31, 2023, pursuant to Local Civil Rule 5.2, I electronically filed the following documents, accomplishing service on all counsel of record via ECF:

- Notice of Motion to Dismiss;
- Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint;
- Declaration of E. Evans Wohlforth, Jr., with exhibits;
- Proposed Order; and
- this Certificate of Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 31, 2023

By: /s/ E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr., Esq.
Caroline E. Oks, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4905
Facsimile: (973) 639-6471
ewohlforth@gibbonslaw.com
coks@gibbonslaw.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*