THE LAW OFFICES OF

# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

250 MOONACHIE ROAD
3ʳᵈ FLOOR
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

100 CHURCH STREET
SUITE 800
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

**Giancarlo Ghione**
*Member NJ Bar*
**Michael Kahn**
*Registered Patent Agent*
**Leonard E. Seaman**
*Certified Civil Trial Attorney*

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail:  les@malagierelaw.com

February 14, 2023

<u>**VIA CM/ECF**</u>
William T. Walsh
Clerk of Court
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and United States Courthouse
50 Walnut Street
Newark, New Jersey 07102.

  Re: **Pallazi et al v. Cigna Health and Life Insurance Company**
    **Civil Action No. 22-cv-6278**

Dear Mr. Walsh:

  This office represents plaintiffs in the above matter.

  Defendant filed a motion to dismiss in lieu of answer (ECF No. 14) with an original return date of March 6, 2023. That return date has not previously been extended or adjourned. This letter is submitted before the date that opposition papers would otherwise be due under L. Civ. R. 7.1(d)(2).

  Pursuant to L. Civ. R. 7.1(d)(5), please adjourn the motion one cycle, to March 20, 2023. Opposition to the motion will therefore be due at least 14 days prior to the new motion day—on or before March 6, 2023.

  Thank you.

Respectfully submitted,

s/ Leonard E. Seaman
LEONARD E. SEAMAN

LES/me

cc:    All counsel (via CM/ECF)
       client (via e-mail)

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/15/2023