

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

March 24, 2023

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:   ***Pallazi, et al. v. Cigna Health & Life Insurance Co.***
               **Case No. 22-cv-6278-JMV-AME**

Your Honor:

      This firm represents Defendant Cigna Health and Life Insurance Co. in the above-referenced matter. We respectfully request a 30 day extension of our Reply Brief on the Motion to Dismiss from March 27, 2023 to April 26, 2023 to allow the parties to explore whether all or part of the Motion and/or this matter may be resolved. Plaintiffs' counsel has consented to the extension.

      We appreciate Your Honor's attention to this matter.

                                  Respectfully submitted,

                                  s/ Caroline E. Oks

                                  Caroline E. Oks

cc:     All Counsel of Record (via ECF)

Request for extension of time to file is granted.
The court will administratively terminate the motion filed
at D.E.14 and will reinstate it as of April 25, 2023.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 3/27/2023