Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel:  (973) 596-4500
Fax:  (973) 596-0545
coks@gibbonslaw.com

*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>　　　　　　　　Defendants. | Civil Action No.:  2:22-cv-06278-JMV-AME<br><br>**Return Date: June 5, 2023**<br><br>**NOTICE OF MOTION TO SEAL**<br><br>*Document Electronically Filed* |

**PLEASE TAKE NOTICE** on June 5, 2023, or a date and time to be set by the Court, Defendant Cigna Health and Life Insurance Company ("Cigna"), by and through its attorneys Gibbons P.C., shall move for the entry of an order, pursuant to Local Civil Rules 5.3(c) and 7.1, sealing Exhibits A-C to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 15].  Pursuant to Local Civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by Local Civil Rule 5.3(c)(3) have been set forth in the Declaration of Caroline E. Oks submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Cigna shall rely upon the Declaration Caroline E. Oks, Esq., and upon the pleadings and all prior proceedings in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Order is submitted with this Notice.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

Dated:  May 10, 2023                          By: s/ Caroline E. Oks
                                              Caroline E. Oks, Esq.
                                              **GIBBONS P.C.**
                                              One Gateway Center
                                              Newark, New Jersey 07102
                                              (973) 596-4500
                                              coks@gibbonslaw.com
                                              *Attorneys for Defendant Cigna Health and Life Insurance Company*