# EXHIBIT A

CIGNA
LS-BUS-TC
PO BOX 3050
EASTON PA 18043-3050



August 18, 2021

Telephone: 866.494.2111
Cigna.com

PIERANGELA CALZONI BONELLI
20 AVE PORT IMPERIAL APT 405
WEST NEW YORK NJ 07093



Customer: Pierangela Calzoni Bonelli
Customer ID #: ▇▇▇▇▇81-01
Authorization: OP0933574555
Authorization Effective Date(s): 08/20/2021 through 11/20/2021
Total Approved: 1 Procedures
Setting: Hospital - Outpatient
Employer: Om Log USA Inc
Cigna Health Management, Inc., on behalf of Your Employer Plan

Para recibir información en español sobre un programa gratuito para ayudarle a mejorar su salud como parte de sus beneficios de salud, por favor, llame al 866.494.2111.

Dear Pierangela Calzoni Bonelli:

We want you to know that your health plan requires some care to be reviewed and approved before it is covered. On 08/18/2021, Roger Hartl, MD asked us to review and approve coverage for the following service(s):

- 63030 Partial removal of bone with release of spinal cord or spinal nerves of 1 interspace in lower spine

After reviewing your medical information and health plan, we approved this request.

**Important reminders:**

- When we receive your medical claim(s), we'll need to make sure your health care professionals performed only services we approved. If extra services were performed that weren't medically necessary or covered by your plan, we won't be able to pay for them.

- This letter isn't a guarantee that your plan will pay for the services. You must be enrolled in the plan and eligible for benefits on the date you receive the service. Please see your plan documents for details about your coverage. You're responsible for your share of any copayments, coinsurance, or other costs.

"Cigna" and the "Tree of Life" logo are service marks of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. Cigna Health Management Inc. is a licensed and accredited utilization review entity.