Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
coks@gibbonslaw.com

*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>　　　　　　　　Defendants. | Civil Action No.: 2:22-cv-06278-JMV-AME<br><br>**CERTIFICATE OF SERVICE**<br><br>*Document Electronically Filed* |

　　I, **CAROLINE E. OKS**, hereby certify as follows:

　　1. I am an attorney at law admitted to practice before this Court and am a member of the law firm Gibbons P.C., attorneys for Defendant Cigna Health and Life Insurance Company ("Cigna") in the above-captioned matter. On May 10, 2023, pursuant to Local Civil Rule 5.2, I electronically filed the following documents, accomplishing service on all counsel of record via ECF:

- Notice of Motion to Seal;
- Declaration of Caroline E. Oks, Esq. (w/Appendix A);
- Proposed Order; and
- this Certificate of Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 10, 2023

By: s/ Caroline E. Oks
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
coks@gibbonslaw.com
*Attorneys for Defendant Cigna Health and Life Insurance Company*

2