**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARCO PALLAZI and PIERANGELA BONELLI,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100 (FICTITIOUS NAMES); XYZ CORPORATIONS 1 THROUGH 100 (FICTITIOUS NAMES); ABC ENTITIES 1 THROUGH 100 (FICTITIOUS NAMES),<br><br>*Defendants*. | Civil Action No. 22-6278<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 25th day of August 2023,

**ORDERED** that Defendant Cigna Health and Life Insurance Company's motion to dismiss Plaintiffs' First Amended Complaint, D.E. 14, is **GRANTED**; and it is further

**ORDERED** that Plaintiffs are provided with thirty (30) days to file an amended complaint that cures the deficiencies noted in the accompanying Opinion. If Plaintiffs fail to file an amended complaint within that time, the dismissal will be with prejudice; and it is further

**ORDERED** that the accompanying Opinion shall be placed under seal and shall remain under seal until September 5, 2023. By that date, the parties shall submit a letter on the docket

2

indicating which portion of the Opinion should remain under seal and the reasons therefor. If no submission is made by that date, the Opinion shall be unsealed in its entirety.

                                                */s/ John Michael Vazquez*
                                                John Michael Vazquez, U.S.D.J.