Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>                          Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>                          Defendants. | No. 2:22-cv-06278-BRM-AME<br><br>*Document electronically filed*<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by Gibbons P.C., attorneys for Defendant Cigna Health and Life Insurance Company ("Cigna" or "Defendant"), for an extension of the time within which to file its Response to Plaintiff's Second Amended

Complaint, *see* ECF No. 41, for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b).  Said Defendant having come before the Court solely for this extension but not for the purpose of appearing either generally or specially in this jurisdiction, nor having waived any defenses available to it by such appearance; and it is represented that:

1. No previous extension has been obtained;

2. Plaintiffs' Second Amended Complaint was electronically filed on September 21, 2023, *see* ECF No. 41;

3. Absent the 14-day automatic extension as provided under Local Civil Rule 6.1(b), Cigna's time to file its Respond to Plaintiffs' Second Amended Complaint would expire on October 5, 2023 per Fed. R. Civ. P. 15(a)(3); and

4. With this extension, Cigna's Opposition to Plaintiff's Secondir Amended Complaint would be due on October 19, 2023.

Dated:  September 28, 2023      By:   s/ Caroline E. Oks
Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:  (973) 596-4575
Facsimile:   (973) 639-8317
coks@gibbonslaw.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*