THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
Richard Malagiere
Leonard E. Seaman
Attorneys for Plaintiffs, Marco Palazzi and Pierangela Bonelli

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALAZZI AND PIERANGELA BONELLI<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>Defendants. | Civil Action No. 22-cv-6278<br><br>**NOTICE OF MOTION TO SEAL** |

PLEASE TAKE NOTICE on November 6, 2023, or a date and time to be set by the Court, plaintiffs, Marco Palazzi and Pierangela Bonelli, by and through thier

attorneys The Law Offices of Richard Malagiere, P.C., shall move for the entry of an order, pursuant to Local Civil Rules 5.3(c) and 7.1, sealing a portion of plaintiffs' Second Amended Complaint (ECF No. 41). Pursuant to Local Civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by Local Civil Rule 5.3(c)(3) have been set forth in the Declaration of Leonard E. Seaman submitted herewith.

    PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Cigna shall rely upon the Declaration Leonard E. Seaman, Esq., and upon the pleadings and all prior proceedings in the above-captioned action.

    PLEASE TAKE FURTHER NOTICE that a copy of the proposed Order is submitted with this Notice.

                                       /s/ Leonard E. Seaman
                                       RICHARD MALAGIERE
                                       LEONARD E. SEAMAN
                                       THE LAW OFFICES OF RICHARD MALAGIERE
                                       A Professional Corporation
                                       250 Moonachie Road, Suite 300A
                                       Moonachie, New Jersey 07074
                                       Tel. (201) 440-0675
                                       rm@malagierelaw.com
                                       les@malagierelaw.com

DATED: October 6, 2023