THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
Richard Malagiere
Leonard E. Seaman
Attorneys for Plaintiffs, Marco Palazzi and Pierangela Bonelli

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALAZZI AND PIERANGELA BONELLI<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED.<br><br>Defendants. | Civil Action No. 22-cv-6278<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL** |

THIS MATTER has been opened to the Court by plaintiffs pursuant to Local

Civil Rules 5.3(c)(2) and 7.1, for an order sealing the paragraph 14 of plaitniffs'

second amended complaint (ECF No. 41); and the Court having considered the submissions in support of, and any opposition to the motion, as well as the arguments of counsel, if any; and for good cause shown,

IT IS this _____ day of _____, 2023

ORDERED that paragraph 14 of the second amended complaint until the Court resolves the dispute over public disclosure of the terms of the summary plan description at issue in this case; and,

IT IS FURTHER ORDERED that the Clerk shall file a public version of the plaintiff's second amended complaint with paragraph 14 redacted consistent with that attached as Exhibit A to the Declaration of Leonard E. Seaman, Esq. in support of this motion pending disposition of the pending motion to seal (ECF. No. 20)

      _____
      Hon. Andre M. Espinosa, USMJ