

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

October 9, 2023

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

**ORDER**

Re:   *Pallazi, et al. v. Cigna Health & Life Insurance Co.*
      **Case No. 22-cv-6278-JMV-AME**

Your Honor:

This firm represents Defendant Cigna Health and Life Insurance Co. in the above-referenced matter. We write jointly with Plaintiffs to request that the Court adjourn the telephonic status conference presently scheduled for October 12, 2023.

After the entry of the July 24, 2023 Scheduling Order, ECF No. 32, this Court dismissed Plaintiffs' First Amended Complaint, ECF. No 38. Plaintiffs then filed their Second Amended Complaint ("SAC"). ECF No. 41. Defendant's deadline to answer or otherwise move in response to the SAC is set for October 19, 2023. *See* September 29, 2023 Clerk's Text Order. Accordingly, the parties respectfully request that the status conference be adjourned until after Defendant files its response to the SAC so that the parties and the Court may have a more productive discussion during the conference.

Should Your Honor have any questions, please do not hesitate to have a member of your staff contact me. We thank you for Your Honor's consideration of this request.

                                                    Respectfully submitted,

                                                    s/ Caroline E. Oks

                                                    Caroline E. Oks

cc:   All Counsel of Record (via ECF)

The request is **GRANTED**. The telephonic status conference scheduled for October 12, 2023, at 10:00 a.m., is rescheduled to **October 26, 2023, at 2:30 p.m.** The parties shall join the conference by dialing 866-434-5269, access code 1874589. At least three business days before the conference, the parties shall file a joint status letter, not to exceed three, double-spaced pages.

**SO ORDERED** on this 10th day of October, 2023.

  */s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge