Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
coks@gibbonslaw.com

*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>                    Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORARATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED,<br><br>                    Defendants. | Civil Action No. 2:22-cv-06278-BRM-AME<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AGAINST DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY**<br><br>RETURN DATE:  NOVEMBER 20, 2023<br><br>ORAL ARGUMENT REQUESTED |

TO:    Richard Malagiere, Esq.
       Leonard E. Seaman, Esq.
       Law Offices of Richard Malagiere, P.C.
       250 Moonachie Road, Suite 300A
       Moonachie, NJ 07074
       *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on November 20, 2023, at 10:00 a.m., or as soon thereafter

as counsel may be heard, Defendant Cigna Health and Life Insurance Company ("Cigna") through

its attorneys, Gibbons P.C., will move before the Honorable Brian R. Martinotti, U.S.D.J., at the

Martin Luther King Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey

07101, for an Order dismissing Plaintiffs' Second Amended Complaint, pursuant to Federal Rule

of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Cigna shall

rely upon the Memorandum of Law submitted herewith and all other pleadings and papers on file

in this matter.

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid Cigna will

respectfully request that the proposed form of Order submitted herewith be entered by the Court.

**GIBBONS P.C.**
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*


By:   s/ Caroline E. Oks
       Caroline E. Oks


DATED:  October 19, 2023

2