Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
coks@gibbonslaw.com

*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORARATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED,<br><br>　　　　　　　Defendants. | Civil Action No. 2:22-cv-06278-BRM-AME<br><br>**ORDER GRANTING DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

**THIS MATTER**, having been opened to the Court by way of motion filed by Defendant Cigna Health and Life Insurance Company ("Cigna"), through its attorneys, Gibbons P.C., for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiffs' Second Amended Complaint; and the Court having considered the papers submitted in support of the Motion, and any opposition thereto; and for good cause shown,

**IT IS**, on this _____ day of _____ 2023;

**ORDERED**, that Cigna's Motion to Dismiss is hereby GRANTED, and that Plaintiffs' Second Amended Complaint is dismissed with prejudice as against Cigna with prejudice.

_____
Hon. Brian R Martinotti, U.S.D.J.