Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
coks@gibbonslaw.com

*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALLAZI AND PIERANGELA BONELLI,<br><br>              Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, JOHN OR JANE DOE 1 THROUGH 100, FICTITIOUS NAMES BEING NATURAL PERSONS AT PRESENT UNIDENTIFIED, XYZ CORPORATIONS 1 THROUGH 100, FICTITIOUS NAMES BEING CORPORARATIONS AT PRESENT UNIDENTIFIED, ABC ENTITIES 1 THROUGH 100, FICTITIOUS NAMES BEING COMMERCIAL ENTITIES AT PRESENT UNIDENTIFIED,<br><br>              Defendants. | Civil Action No. 2:22-cv-06278-BRM-AME<br><br>**CERTIFICATION OF SERVICE** |

   I, CAROLINE E. OKS, of full age, hereby certify as follows:

   1.      I am an attorney-at-law of the State of New Jersey and a member in good standing of the bar of this Court.  I am a member of the law firm of Gibbons P.C., counsel for Defendant Cigna Health and Life Insurance Company.

      2.      On October 19, 2023, the following documents were electronically filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system:

    (a)    Notice of Motion to Dismiss Plaintiffs' Second Amended Complaint;

    (b)    Memorandum of Law in Support of Motion;

    (c)    Proposed form of Order; and

    (d)    this Certification of Service.

I certify under penalty of perjury that the foregoing is true and correct.

                  s/ Caroline E. Oks
                  Caroline E. Oks

Dated:    October 19, 2023
           Newark, New Jersey