# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MARCO PALLAZI, et al., | : | Civil Action No. 22-06278-BRM-AME |
|  | : |  |
| Plaintiffs, | : |  |
|  | : | **ORDER** |
| v. | : |  |
|  | : |  |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, | : |  |
|  | : |  |
| Defendant. | : |  |

**THIS MATTER** having come before the Court for a telephonic status conference on October 26, 2023, during which the Court addressed the joint status letter of October 23, 2023 [D.E. 49]; and for good cause shown,

**IT IS** on this 27th day of October, 2023,

**ORDERED** that the parties shall meet and confer about any unresolved discovery issues. No later than **November 27, 2023**, and after meeting and conferring in good faith, the parties shall file any joint discovery dispute letter that may be necessary (of no more than 8 pages; 2.0 line spacing). In the absence of such a letter, the Court shall deem discovery closed; and it is further

**ORDERED** that the Court will hold a telephonic status conference on **January 30, 2024, at 10:00 a.m.**, to be joined by dialing 866-434-5269, access code 1874589. If appropriate, the parties may seek to adjourn the conference for sixty days; and it is further

**ORDERED** that within five days of a decision on the motion to dismiss, the parties shall file a joint status letter, not to exceed three, double-spaced pages, in the event the action proceeds.

                                                /s/ *André M. Espinosa*
                                                ANDRÉ M. ESPINOSA
                                                United States Magistrate Judge