THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Giancarlo Ghione**<br>*Member NJ Bar*<br>**Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

October 31, 2023

**VIA CM/ECF**
William T. Walsh
Clerk of Court
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and United States Courthouse
50 Walnut Street
Newark, New Jersey 07102.

    Re:    **Pallazi et al v. Cigna Health and Life Insurance Company**
              **Civil Action No. 22-cv-6278**

Dear Mr. Walsh:

    This office represents plaintiffs in the above matter.

    Defendant filed a motion to dismiss plaintiff's second amended complaint in lieu of answer (ECF No. 47) with an original return date of November 20, 2023. That return date has not previously been extended or adjourned. This letter is submitted before the date that opposition papers would otherwise be due under L. Civ. R. 7.1(d)(2).

    Pursuant to L. Civ. R. 7.1(d)(5), please adjourn the motion one cycle, to December 4, 2023. Opposition to the motion will therefore be due at least 14 days prior to the new motion day—on or before November 20, 2023.

    Thank you.

        Respectfully submitted,

        s/ Leonard E. Seaman
        LEONARD E. SEAMAN

LES/me

cc:    All counsel (via CM/ECF)
       client (via e-mail)