

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

November 9, 2023

**VIA ECF**

Hon. Brian J. Martinotti, U.S.D.J.
U.S. District Court District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, NJ 07101

        Re:    ***Pallazi, et al. v. Cigna Health & Life Insurance Co.***
                **Case No. 22-cv-6278-JMV-AME**

Your Honor:

      This firm represents Defendant Cigna Health and Life Insurance Co. ("Cigna") in the above-referenced matter. We write jointly with Plaintiffs to request a modified briefing schedule for Cigna's Motion to Dismiss the Second Amended Complaint, ECF No. 47 (the "Motion"). Cigna's Motion was filed on October 19, 2023, with an original return date of November 20, 2023. Plaintiffs' filed a request for extension of time to file their opposition pursuant to L. Civ. R. 7.1(d)(5). *See* ECF No. 51. Plaintiffs' opposition is now due on November 20, 2023, and Cigna's reply is due on November 27, 2023. *See* ECF No. 52. In order to accommodate time for counsel's competing deadlines and the Thanksgiving holiday, we respectfully request that the deadline for Plaintiffs' opposition be extended to November 27, 2023 and Cigna's opposition be extended to December 8, 2023.

      We thank you for Your Honor's consideration of this request.

                                                      Respectfully submitted,

                                                      s/ Caroline E. Oks

                                                      Caroline E. Oks

cc:    All Counsel of Record (via ECF)