

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

January 29, 2024

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:    ***Pallazi, et al. v. Cigna Health & Life Insurance Co.***
               **Case No. 22-cv-6278-JMV-AME**

Your Honor:

     This firm represents Defendant Cigna Health and Life Insurance Co. in the above-referenced matter. In accordance with Your Honor's directive during the October 26, 2023 telephone conference, we write jointly with Plaintiffs to request a 60-day adjournment of the upcoming status conference scheduled for January 30, 2024. Defendant's Motion to Dismiss is currently pending and the parties have no pending discovery issues to address with the Court at this time.

     We thank you for Your Honor's consideration of this request.

                                                     Respectfully submitted,

                                                     s/ Caroline E. Oks

                                                     Caroline E. Oks

cc:    All Counsel of Record (via ECF)