

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

January 29, 2024

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.   **ORDER**
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:    *Pallazi, et al. v. Cigna Health & Life Insurance Co.*
                **Case No. 22-cv-6278-JMV-AME**

Your Honor:

      This firm represents Defendant Cigna Health and Life Insurance Co. in the above-referenced matter. In accordance with Your Honor's directive during the October 26, 2023 telephone conference, we write jointly with Plaintiffs to request a 60-day adjournment of the upcoming status conference scheduled for January 30, 2024. Defendant's Motion to Dismiss is currently pending and the parties have no pending discovery issues to address with the Court at this time.

      We thank you for Your Honor's consideration of this request.

                                                           Respectfully submitted,

                                                           s/ Caroline E. Oks

                                                           Caroline E. Oks

cc:     All Counsel of Record (via ECF)

                            The telephone status conference scheduled for tomorrow, January 30, 2024, at 10:00 a.m., is adjourned without a date. The next status conference will be set by further order. Within five days of a decision on the pending motion to dismiss, the parties shall file a joint status letter, not to exceed three, double-spaced pages, in the event the action proceeds.

                            **SO ORDERED** on this 29th day of January, 2024.

                            */s/ André M. Espinosa*
                            ANDRÉ M. ESPINOSA
                            United States Magistrate Judge