

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

June 14, 204

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:    ***Palazzi, et al. v. Cigna Health & Life Insurance Co.***
                **Case No. 22-cv-6278-JMV-AME**

Your Honor:

    This firm represents Defendant Cigna Health and Life Insurance Co. ('Cigna") in the above-referenced matter. Today, this Court issued an Order denying Cigna's Motion to Dismiss Plaintiffs' Second Amended Complaint. In accordance with the January 29, 2024 Order, the parties are to submit a joint status letter within five (5) days of the Court's Order on the Motion. However, the parties have not yet received a copy of the Opinion, as it was filed under seal, and I am traveling out of the country all next week. Accordingly, we respectfully request an adjournment until June 28, 2024 to submit the joint status update. Plaintiffs have kindly consented to this request.

    We thank you for Your Honor's consideration of this request.

                                                            Respectfully submitted,

                                                            s/ Caroline E. Oks

                                                            Caroline E. Oks

cc:      All Counsel of Record (via ECF)