

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

June 27, 2024

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:    *Palazzi, et al. v. Cigna Health & Life Insurance Co.*
                **Case No. 22-cv-6278-JMV-AME**

Your Honor:

    This firm represents Defendant Cigna Health and Life Insurance Co. ("Cigna") in the above-referenced matter.  We write, jointly with counsel for Plaintiffs, to provide the Court with a Joint Status Report pursuant to the January 29 and June 17, 2024 Orders.  *See* ECF Nos. 58 & 62.

    On June 14, 2024, this Court issued an Order an Opinion denying Cigna's Motion to Dismiss Plaintiffs' Second Amended Complaint.  ECF Nos. 59 & 60.  Typically, the parties would proceed with completion of discovery and dispositive motion practice.  Prior to doing so, however, the parties respectfully request that Your Honor schedule a mediation session.  The parties are available for mediation in early August, if this timeframe is mutually convenient for the Court.

    We thank you for Your Honor's consideration of this request.

                                                      Respectfully submitted,

                                                      Caroline E. Oks

cc:    All Counsel of Record (via ECF)