UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALAZZI and PIERANGELA BONELLI,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-06278 (BRM) (AME)<br><br>**ORDER** |

**THIS MATTER** is before the Court on the Court's Opinion that was filed under seal on June 14, 2024. (ECF No. 59.) Having not received any proposed redactions for the Court's June 14, 2024 Opinion prior to the deadline for same provided in the Court's June 14, 2024 Order (ECF No. 60), and for good cause having been shown,

**IT IS** on this 8th day of July 2024,

**ORDERED** that the Clerk of Court shall unseal the Court's June 14, 2024 Opinion (ECF No. 59).

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**