UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALAZZI, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 22-06278-BRM-AME<br><br>**MEDIATION ORDER** |

**THIS MATTER** having come before the Court on the June 27, 2024 joint status letter, in which the parties requested that the Court "schedule a mediation session" [D.E. 63]; and the Court having determined that referral of this matter to mediation would serve the interests of justice and conserve resources; and, therefore,

**IT IS** on this 5th day of July, 2024,

**ORDERED** that this civil action is hereby referred to mediation pursuant to L. Civ. R. 301.1(d); and it is further

**ORDERED** that the Clerk of Court is directed to appoint Robert G. Marasco, Esq., a District of New Jersey Certified Mediator, as Mediator in this matter, subject to the Mediator's completion of a conflicts check; and it is further

**ORDERED** that the parties shall complete mediation within 90 days from the date of this Order; and it is further

**ORDERED** that counsel and the parties shall participate in mediation and shall cooperate with the Mediator; and it is further

**ORDERED** that counsel and the parties (including individuals with full settlement authority as may be determined by the Mediator) shall attend mediation sessions as requested by the Mediator; and it is further

**ORDERED** that upon receipt of this Order, the parties shall contact the Mediator to schedule the mediation; and it is further

**ORDERED** that defense counsel is directed to provide the Mediator with copies of all pleadings; and it is further

**ORDERED** that this action is hereby stayed for 90 days from the date of this Order; and it is further

**ORDERED** that within five days of the conclusion of mediation, the parties shall file a joint letter advising whether they have reached a settlement and, if the matter is not resolved, requesting that the Court schedule a status conference.

                                                /s/ *André M. Espinosa*
                                                ANDRÉ M. ESPINOSA
                                                United States Magistrate Judge