**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARCO PALAZZI and PIERANGELA BONELLI,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-06278 (BRM) (AME)<br><br>**AMENDED ORDER** |

　　**THIS MATTER** is before the Court on the Court's Opinion that was filed under seal on June 14, 2024. (ECF No. 59.) Having received and considered the parties' joint proposed redactions for the Court's June 14, 2024 Opinion, and for good cause having been shown,

　　**IT IS** on this 8th day of July 2024,

　　**ORDERED** that the Court's June 14, 2024 Opinion (ECF No. 59) shall remain under seal; and it is further

　　**ORDERED** that the Clerk of Court shall file the redacted version of the Court's June 14, 2024 Opinion unsealed on the docket for this matter.

　　　　　　　　　　　　　　　　　　　　*/s/ Brian R. Martinotti*
　　　　　　　　　　　　　　　　　　　　**HON. BRIAN R. MARTINOTTI**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**