

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

October 3, 2024

**VIA ECF**

**ORDER**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:    *Palazzi, et al. v. Cigna Health & Life Insurance Co.*
             **Case No. 22-cv-6278-JMV-AME**

Your Honor:

    This firm represents Defendant Cigna Health and Life Insurance Co. ('Cigna") in the above-referenced matter. On July 5, 2024, this matter was referred to mediation before Robert G. Marasco, Esq. and ordered to complete mediation on or before October 3, 2024. *See* ECF No. 65. The parties have conferred with Mr. Marasco, but due to scheduling conflicts with the parties, mediation is presently scheduled to occur on October 30, 2024. Accordingly, the parties jointly request a 45 day extension of time, to November 18, 2024, to complete the mediation and provide a status report to the Court.

    We thank you for Your Honor's consideration of this request.

                                                   Respectfully submitted,

                                                   s/ Caroline E. Oks

                                                   Caroline E. Oks

cc:    All Counsel of Record (via ECF)
        Mediator Robert G. Marasco, Esq. (via e-mail)

        The requested extension of time is **GRANTED**. Accordingly, mediation shall be completed by **November 18, 2024.** The parties shall file a joint status letter advising the Court of the outcome of such mediation on or before **November 25, 2024**.

        **SO ORDERED.** October 11, 2024

         */s/ André M. Espinosa*
        ANDRÉ M. ESPINOSA
        United States Magistrate Judge