

CAROLINE E. OKS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4575 Fax: (973) 639-8317
coks@gibbonslaw.com

November 25, 2024

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:    ***Palazzi, et al. v. Cigna Health & Life Insurance Co.***
                **Case No. 22-cv-6278-JMV-AME**

Your Honor:

    This firm represents Defendant Cigna Health and Life Insurance Co. ('Cigna") in the above-referenced matter. We write, together with Plaintiffs, to prove a joint status update to the Court in accordance with the October 11, 2024 Order. *See* ECF No. 69.

    On October 30, 2024, the parties appeared for a virtual mediation before Mr. Robert Marasco, Esq., but were not able to reach resolution. Since that time, the parties have continued settlement discussions, which remain ongoing. Accordingly, the parties respectfully request additional time to continue settlement discussions, with the intention of providing a status update to the Court on or before December 20, 2024.

    We thank you for Your Honor's consideration of this request.

                                              Respectfully submitted,

                                              s/ Caroline E. Oks

                                              Caroline E. Oks

cc:    All Counsel of Record (via ECF)
        Mediator Robert G. Marasco, Esq. (via e-mail)