THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

250 MOONACHIE ROAD
3rd FLOOR
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

100 CHURCH STREET
SUITE 800
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

**Michael Kahn**
*Registered Patent Agent*
**Leonard E. Seaman**
*Certified Civil Trial Attorney*

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail:  les@malagierelaw.com

December 20, 2024

**VIA CM/ECF**
Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:    Palazzi, et al. v. Cigna Health & Life Insurance Co.
             Case No. 22-cv-6278-JMV-AME

Dear Judge Espinosa:

      This office represents plaintiffs in the above matter and submit this letter on behalf of all parties on the status of mediation in this matter.

      We are pleased to report that the parties have reached an amicable resolution of the above matter and are finalizing closing documents. "We will file a stipulation of dismissal with prejudice upon finalization of the settlement.

      We thank the Court and the mediator, Robert G. Marasco, Esq., for their assistance in bringing this dispute to a close.

                                          Very truly yours,

                                          s/ Leonard Seaman
                                          LEONARD SEAMAN

LES/me

cc: Caroline E. Oks (via CM/ECF)
Robert G. Marasco, Esq. (via electronic mail)
client (via e-mail)