Caroline E. Oks, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
*Attorneys for Defendant Cigna Health and Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARCO PALAZZI AND PIERANGELA BONELLI,<br><br>Plaintiffs,<br>v.<br>CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>Defendant. | No. 2:22-cv-06278-BRM-AME<br><br>**STIPULATION OF DISMISSAL** |

All claims in the above matter having been amicably resolved by and between the Parties, and the Parties having consented to this dismissal of the Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); and good cause appearing

IT IS STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that the Complaint in this matter against Defendant Cigna Health and Life Insurance Company is hereby dismissed in its entirety, with prejudice, and without costs or fees to any party.

**STIPULATED AND AGREED TO BY:**

| Plaintiffs Marco Palazzi and Pierangela Bonelli | Defendant Cigna Health and Life Insurance Co. |
|---|---|
| s/ Leonard E. Seaman<br>Richard Malagiere<br>Leonard E. Seaman<br>THE LAW OFFICES OF RICHARD MALAGIERE<br>A Professional Corporation<br>250 Moonachie Road, Suite 300A<br>Moonachie, New Jersey 07074<br>T: (201) 440-0675<br>les@malagierelaw.com<br>Dated: December 26, 2024 | s/ Caroline E. Oks<br>Caroline E. Oks, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>Tel.: (973) -596-4500<br>coks@gibbonslaw.com<br><br>Dated: December 26, , 2024 |

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: JAN. 30, 2025